CREST FINANCE CO., INC., *v.* UNITED STATES.

No. 325. Decided December 18, 1961.

*Edmund L. Jones* for petitioner.

*Solicitor General Cox, Assistant Attorney General Oberdorfer, Wayne G. Barnett, Joseph Kovner* and *George F. Lynch* for the United States.

*Benjamin M. Nathan* and *Theodore M. Newman* for National Commercial Finance Conference, Inc., as *amicus curiae,* in support of the petition.

PER CURIAM.

In the light of the Solicitor General's concession that petitioner's lien is choate, and the Court agreeing therewith, certiorari is granted, the judgment is vacated and the case is remanded to the Court of Appeals for further proceedings not inconsistent with this opinion.